# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

NORTHWOODS APARTMENTS,

    Plaintiff, Counter-Defendant

v.                                                    CASE NO. 3:16cv427/MCR/EMT

ROBERT C. POLLARD, JR.,

    Defendant, Counter-Plaintiff.

_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated September 19, 2016. ECF No. 6. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.	The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2.	This case is **REMANDED** to the County Court in and for Escambia County, Florida.

3.	The Clerk of this Court is directed to forward a certified copy of this Order adopting the Report and Recommendation ("Report"), along with a copy of the Report, to the Clerk of the County Court in and for Escambia County, Florida and **CLOSE** this file.

**DONE AND ORDERED** this 18th day of October 2016.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**